**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHEN CHRISTOPHER BROWN,
*Plaintiff,*
v. Case No. 6:26-cv-01466-AGM-LHP
ELIZABETH CLARK TARBERT, in her official capacity as Division Director of Lawyer Regulation, The Florida Bar,
*Defendant.*
_______________________________/

**EXHIBIT A**

**DECLARATION OF STEPHEN CHRISTOPHER BROWN UNDER 28 U.S.C. § 1746 REGARDING THE FACT AUDIT WORKBOOK**

1. I am the Plaintiff. I make this declaration to authenticate the workbook attached to it, which Ground C of my Motion for Disqualification describes.

2. I prepared the workbook on August 11, 2026, for my own use in this litigation, not for filing. It is attached in the original font and format in which it was prepared and used. On October 16, 2026, I corrected the workbook's paragraph citations to match the filed scan of the First Amended Complaint, and one note about its paragraph count. No classification or total changed.

3. The workbook lists every discrete factual assertion in the order of August 11, 2026 (Doc. 32), and in the three filings that order reviewed: the First Amended Complaint (Doc. 8) and my two motions for temporary restraining orders (Docs. 9 and 13).

4. Each assertion was classified under this written guideline, quoted from the workbook: "valence = how the fact makes Plaintiff appear to a neutral reader

in situ (POS favorable/exculpatory, NEG unfavorable/embarrassing, NEU neither)."

5. I did this work with the assistance of Claude Fable 5 (Anthropic), used as a computing and pattern-matching tool. My filings were classified in thirteen separate passes over their filed text, which was checked against the filed scan of the First Amended Complaint. The facts in the order were itemized one by one, and each was traced to its source in my filings.

6. The results: my filings contain 2,315 facts, of which 1,369 (59.1%) are favorable to me, 185 (8.0%) unfavorable, and 761 (32.9%) neutral. The order recites 43 facts, of which 5 (11.6%) are favorable, 26 (60.5%) unfavorable, and 12 (27.9%) neutral.

7. The attached pages are a true and correct copy of the workbook. The native spreadsheet file is available to the Court and to Defendants on request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 20, 2026, in Orange County, Florida.

/s/ Stephen Christopher Brown
Stephen Christopher Brown