**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHEN CHRISTOPHER BROWN,
*Plaintiff,*
v.
ELIZABETH CLARK TARBERT, in her official capacity as Division Director of Lawyer Regulation, The Florida Bar,
*Defendant.*
_________________________________/

Case No. 6:26-cv-01466-AGM-LHP

**ATTACHMENT TO PLAINTIFF'S MOTION FOR DISQUALIFICATION UNDER 28 U.S.C. § 144: CERTIFICATIONS**

**CERTIFICATION UNDER PENALTY OF PERJURY THAT ARTIFICIAL INTELLIGENCE WAS USED IN THE PREPARATION OF THIS FILING**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. Artificial intelligence was used in the preparation of this filing in the following way: a generative artificial intelligence assistant was used, at the undersigned's direction, to assist in organizing and drafting the language of the filing, which the undersigned personally reviewed in full before filing. Artificial intelligence was also used for pattern matching across the record, to find which facts the order kept and which it left out. Scientists around the world use artificial intelligence the same way, to find malignancies and other patterns in data that improve human welfare. The data is attached as Exhibit A, and anyone who wishes to can reproduce the results. However, under penalty of perjury, I certify that before filing, I personally reviewed Rule 11 of the Federal Rules of Civil Procedure and I personally read every case. I understand that if a case upon which I rely does not exist or does not reasonably stand for the cited proposition, the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, that as the person signing this filing I am the person who will be held responsible for its contents even if it was prepared by someone else, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended.

Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Dated: October 20, 2026
/s/ Stephen Christopher Brown

**CERTIFICATE OF COUNSEL OF RECORD UNDER 28 U.S.C. § 144**

I am counsel of record in this case, appearing for myself as a member of the Bar of this Court. I certify that the affidavit filed with this motion, and the motion itself, are made in good faith and not for the purpose of delay.

/s/ Stephen Christopher Brown