**Wednesday, October 14, 2026 at 9:04:43 PM Eastern Daylight Time**

---

**Subject:** Re: Media query re: Doe v. Florida Bar, No. 6:26-cv-01481
**Date:** Saturday, August 8, 2026 at 7:38:29 PM Eastern Daylight Time
**From:** Stephen Brown
**To:** volokh@stanford.edu

*I received the email below from a Gmail account, which I could not verify, so please excuse routing this response to the email listed on the Reason website. If the original request was not yours, please let me know and disregard. Thank you.*

Professor,

You have correctly unmasked me. I was a little surprised to receive your email but happy to see the free press is still churning. Just a very brief point of clarification: I firmly support open access to court records with the limited exception, in my case, of the basis of my ADA claim, which was (expectedly but not voluntarily) drawn to light against my will by actors who are not parties to these causes. I trust that you will handle the ADA with care.

Regarding the issues germane to your journalistic interests, I have been personally conflicted since requesting pseudonym status and have several times thought about withdrawing the request. I think all the other issues I have presented should be resolved fully in sight of the governed. My positions on the First Amendment and Open Courts are clearly and precisely (and repetitively) contained within the Court pleadings, to which I have sworn.

In balance, I do believe litigants and counsel should ethically self-govern to avoid tipping the scales while Courts work to resolve issues. So, as long as "the process", including its foundational rules contained in the Constitution, is still working, I will have nothing to say outside of my papers and pleadings.

Thanks for keeping an eye on things.

Stephen

---

**From:** eugene.volokh@gmail.com <eugene.volokh@gmail.com>
**Date:** Friday, August 7, 2026 at 2:09 PM
**To:** Stephen Brown <stephen@brownandrice.com>
**Subject:** Media query re: Doe v. Florida Bar, No. 6:26-cv-01481

Dear Mr. Brown: I write about law at the Reason Magazine site (http://reason.com/volokh),

and I'm putting together an item about the recent decision denying pseudonymity in *Doe v. Florida Bar*. I expect to mention you and your 2024 election campaign by name in the post about the case, since that strikes me as newsworthy. Please let me know if I have erred in identifying you as the plaintiff in that case. Thanks,

Eugene Volokh