








EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS